# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) 2:11-CR-444-PMP-(PAL) |
| MARCELLO KAZAN, | ) ) ) |
| Defendant. | ) |

## ORDER OF FORFEITURE

On June 21, 2012, defendant MARCELLO KAZAN pled guilty to Count One of a Seven-Count Superseding Criminal Indictment charging him in Count One with Conspiracy to Commit Mail, Bank and Wire Fraud in violation of Title 18, United States Code, Sections 1341, 1343, and 1344, and agreed to the forfeiture of property set forth in the Forfeiture Allegations of the Superseding Criminal Indictment and in the Plea Memorandum. Superseding Criminal Indictment, ECF No. 17; Minutes of Change of Plea Hearing, ECF No. 39; Plea Memorandum, ECF No. 41.

This Court finds that MARCELLO KAZAN shall pay a criminal forfeiture money judgment of $324,341.40 in United States Currency to the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853(p).

. . .

. . .

1 THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from MARCELLO KAZAN a criminal forfeiture money judgment in the amount of $324,341.40 in United States Currency.

DATED this _ 23rd day of July, 2012.

_____
UNITED STATES DISTRICT JUDGE

# PROOF OF SERVICE

I, Elizabeth Baechler-Warren, Forfeiture Support Associate Paralegal, certify that the following individuals were served with a copy of the foregoing on July 23, 2012, by the below identified method of service:

<u>CM/ECF</u>:

Richard F Boulware
Federal Public Defender
411 E. Bonneville
Las Vegas, NV 89101
Email: Richard_Boulware@fd.org
Counsel for Defendant Marcello Kazan

Gabriel L Grasso
Gabriel L. Grasso, P.C.
231 S. Third Street Suite 100
Las Vegas, NV 89101
Email: gabriel@grassodefense.com
Counsel for Defendant Ovidiu Ene

/s/ Elizabeth Baechler-Warren
Elizabeth Baechler-Warren
Forfeiture Support Associate Paralegal