1  GABRIEL L. GRASSO, ESQ.
   State Bar Number 7358
2  9525 Hillwood Drive, Suite 190
   Las Vegas, Nevada 89134
3  (702) 868-8866
4  Attorney for ENE

# UNITED STATES DISTRICT COURT

# IN AND FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No.: 2:11-00444-PMP-PAL |
| vs. ) | |
| ) | ORDER |
| OVIDIU ENE, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

The defendant is continued on pretrial supervision pending his sentencing. The Court, however, modifies his pretrial supervision conditions as follows:

1. The defendant will be permitted to travel inside the continental United States without requesting Court permission. Any planned travel will require reasonable advance notice and coordination with Pretrial Services.

2. Pretrial services will return to the defendant his U.S. passport. The defendant shall be allowed to travel to Panama during the pendency of his sentencing. Travel requests to any other location outside of the continental United States other than Panama shall require Court approval. The defendant shall inform Pretrial Services within a reasonable time of his intention to travel to Panama, outlining his dates of travel and where he will be located while in Panama.

3. Upon his return to the District of Nevada from any travel, the defendant will check in with Pretrial Services in whatever manner proscribed by this Pretrial Services Officer.

**IT IS SO ORDERED,**

DATED this \_\_\_13th\_\_\_ day of \_\_\_January\_\_\_, 2014.

_____
UNITED STATES DISTRICT JUDGE